UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 09-20561

    HON. GEORGE CARAM STEEH

REGINALD CAMP,

    Defendant.
_____/

## ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE ON PETITION FOR ACTION (DOC. #24)

At a hearing on a petition for action on conditions of pretrial release filed by pretrial services, the court heard argument by defense counsel and a recommendation from pretrial services, and based upon the information presented, modifies defendant's bond conditions as follows:

Defendant shall continue random drug testing as directed by pretrial services and shall be on a zero tolerance requirement. In the event he fails to appear for testing as directed or tests positive for the use of any controlled substance, defendant shall be immediately taken into custody and his bond cancelled pending further hearing by the court. All other terms and conditions of his pretrial release shall remain in full force and effect.

    IT IS SO ORDERED.

Dated: July 8, 2010

    s/George Caram Steeh
    GEORGE CARAM STEEH
    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 8, 2010, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk